NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIAN C. DANAHA,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2017-2309

---

Petition for review of the Merit Systems Protection Board in No. CH-0841-17-0199-I-1.

---

**JUDGMENT**

---

NORMAN JACKMAN, Jackman & Roth, LLP, Lincoln, NH, argued for petitioner.

SARA B. REARDEN, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by KATHERINE M. SMITH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, LINN, and CHEN, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 7, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |